76155. HARVEY v. MOORE et al.
76156. MEMORIAL MEDICAL CENTER, INC. et al. v. MOORE et al.
(378 SE2d 531)

BANKE, Presiding Judge.

In accordance with the Supreme Court's decision in *Moore v. Memorial Med. Center*, 258 Ga. 696 (373 SE2d 204) (1988), the decision of this court in *Memorial Med. Center v. Moore*, 186 Ga. App. 876 (368 SE2d 784) (1988), is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong and Beasley, JJ., concur.*

DECIDED JANUARY 3, 1989.

*I. Gregory Hodges, Wendy W. Williamson*, for appellant (case no. 76155).
*Lee C. Mundell, Anne V. Marscher*, for appellants (case no. 76156).
*Benjamin S. Williams, Carlton R. Stewart*, for appellees.